1  LAW OFFICE OF ARKADY ITKIN
   ARKADY I. ITKIN, ESQ., State Bar #253194
2  100 Pine St., Ste. 1250
   San Francisco, California 94111
3  Telephone (415) 640-6765
   Facsimile (415) 508-3474
4  E-Mail: arkady@arkadylaw.com

5  Attorneys for Plaintiff
   KEVIN MCGUIRE
6
   DENNIS J. HERRERA, State Bar #139669
7  City Attorney
   ELIZABETH S. SALVESON, State Bar #83788
8  Chief Labor Attorney
   AMY SUPER, State Bar #274617
9  Deputy City Attorney
   Fox Plaza
10 1390 Market Street, Fifth Floor
   San Francisco, California 94102-5408
11 Telephone:    (415) 554-3931
   Facsimile:    (415) 554-4248
12 E-Mail:       amy.super@sfgov.org

13 Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, et al.
14

15                    UNITED STATES DISTRICT COURT
16                   NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| KEVIN MCGUIRE,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PORT OF SAN FRANCISCO<br><br>  Defendants. | Case No. CV 13-5880 JCS<br><br>**STIPULATION OF DISMISSAL** |

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant
3  to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

4

5  Dated: April 17, 2014

6                                          By:  /s/ Arkady Itkin
                                                ARKADY I. ITKIN
7                                               Attorney for Plaintiff, KEVIN MCGUIRE

8  Dated: April 17, 2014

9                                          By:  Amy Super
                                                AMY SUPER
10                                              Attorneys for Defendants
                                                CITY AND COUNTY OF SAN FRANCISCO ET. AL.
11

14  Dated: 4/21/14



STIPULATION OF DISMISSAL                    2                    n:\labor team\asuper\mcguire\stip of dismissal.docx
CASE NO.  CV 13-5880 JCS